WILLIAM T. MEREDITH et al., complainants and appellants,

*v.*

THE NEW JERSEY ZINC COMPANY et al., defendants and respondents.

[Filed March 5th, 1900.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *14 Dick. Ch. Rep. 259.*

*Mr. Joseph Coult,* for the appellants.

*Mr. Richard V. Lindabury* and *Mr. G. W. Wickersham* (of the New York bar), for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney, by whom it was advised.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, COLLINS, BOGERT, ADAMS, NIXON, VREDENBURGH—12.

*For reversal*—HENDRICKSON—1.